People v Jordan (2023 NY Slip Op 06148)

People v Jordan

2023 NY Slip Op 06148

Decided on November 29, 2023

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on November 29, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

VALERIE BRATHWAITE NELSON, J.P.
ANGELA G. IANNACCI
LINDA CHRISTOPHER
LARA J. GENOVESI, JJ.

2018-04811
 (Ind. No. 2332/15)

[*1]The People of the State of New York, respondent,
v
Charles Jordan, appellant.

Charles Jordan, Stormville, NY, appellant pro se.
Melinda Katz, District Attorney, Kew Gardens, NY (Johnnette Traill and Danielle S. Fenn of counsel), for respondent.

DECISION & ORDER
Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated December 1, 2021 (People v Jordan, 200 AD3d 715), affirming a judgment of the Supreme Court, Queens County, rendered March 20, 2018.
ORDERED that the application is denied.
The appellant has failed to establish that he was denied the effective assistance of appellate counsel (see Jones v Barnes, 463 US 745; People v Stultz, 2 NY3d 277).
BRATHWAITE NELSON, J.P., IANNACCI, CHRISTOPHER and GENOVESI, JJ., concur.
ENTER:
Darrell M. Joseph
Acting Clerk of the Court